Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | CASE NO. 3:09-cv-05681-CRB |
| Plaintiff, | STIPULATION TO EXTEND MEDIATION DEADLINE; and ORDER (Proposed) |
| vs. | |
| MARTHA BEATRIZ HERRERA, et al. | |
| Defendant. | |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendant Martha Beatriz Herrera, hereby agree, stipulate, and respectfully request that this Honorable Court extend the mediation deadline in the above entitled action from July 19, 2010 to August 19, 2010.

The parties mutually request this brief but necessary continuance of the present deadline in order that Plaintiff may conduct limited discovery in advance of the mediation.

///

STIPULATION TO EXTEND MEDIATION DEADLINE;
AND ORDER (Proposed)
CASE NO. 3:09-cv-05681-CRB
PAGE 1

In addition, due to preexisting scheduling conflicts neither Plaintiff's authorized representative nor Plaintiff's counsel is available to participate in the mediation presently scheduled in this action for July 13, 2010.

**WHEREFORE**, IT IS HEREBY STIPULATED TO AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court extend the mediation deadline to August 19, 2010.

Respectfully submitted,

Dated: May 27, 2010          */s/ Thomas P. Riley*
                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                             By: Thomas P. Riley
                             Attorneys for Plaintiff
                             J & J Sports Productions, Inc.

Dated:  June 1 , 2010          /s/ Julio J. Ramos
                             **LAW OFFICES OF JULIO J. RAMOS**
                             By: Julio J. Ramos
                             Attorneys for Defendant
                             Martha Beatriz Herrera

///

///

///

///

///

///

**STIPULATION TO EXTEND MEDIATION DEADLINE;**
**AND ORDER (Proposed)**
**CASE NO. 3:09-cv-05681-CRB**
**PAGE 2**

1

### ORDER (Proposed)

2

3

     **IT IS HEREBY** ordered that the mediation deadline in the above-entitled

4

5
action is hereby extended from July 19, 2010 to August 19, 2010.

6

7

8

9

10
**IT IS SO ORDERED**:

11

12

13

14
_____                    Dated: _ June 3, 2010 _____

15
**Honorable Charle**

16
**United States Distri**

17
**Northern District**

///

18
///

19
///

20
///

21
///

22
///

23
///

24
///

25
///

26
///

27
///

28

**STIPULATION TO EXTEND MEDIATION DEADLINE;**
**AND ORDER (Proposed)**
**CASE NO. 3:09-cv-05681-CRB**
**PAGE 3**