Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 09-5681 CRB |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARTHA BEATRIZ HERRERA, individually and d/b/a EL INDIO RESTAURANT |
| vs. | |
| Martha Beatriz Herrera, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARTHA BEATRIZ HERRERA, individually and d/b/a EL INDIO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against MARTHA BEATRIZ HERRERA, individually and d/b/a EL INDIO RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

 IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by November 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 13, 2010    *s/ Thomas P. Riley*
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:
LAW OFFICES OF JULIO J. RAMOS
By: Julio J. Ramos
Attorneys for Defendant
MARTHA BEATRIZ HERRERA, individually and d/b/a EL INDIO RESTAURANT

IT IS SO ORDERED:

The Honorable Charles R. Breyer
United States District Court
Northern District of California

Dated: Sept. 23, 2010